IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CESAR HERNANDEZ CHAN,

    *Petitioner*,

v.

PAUL PERRY, *et al.*,

    *Respondents*.

Case No. 1:22-cv-589-MSN-TCB

## ORDER TO SHOW CAUSE

Upon consideration of Petitioner's Motion for Order to Show Cause pursuant to 28 U.S.C. § 2243, and Petitioner's Petition for Writ of Habeas Corpus pursuant to 8 U.S.C. § 2241, it is hereby ORDERED that:

1. Petitioner's Motion for Order to Show Cause (Dkt. No. 5) is GRANTED;

2. Respondents are ORDERED to file a response, if any, to the Order to Show Cause by June 14, 2022;

3. Petitioner shall have an opportunity to file a reply to Respondents' response by June 21, 2022; and

4. This Court shall hold a hearing on the Petition for Habeas Corpus on July 8, 2022 at 10:00 a.m.

IT IS SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

May 31, 2022
Alexandria, Virginia